UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNIFICATION TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.;<br>MICRON SEMICONDUCTOR<br>PRODUCTS, INC.; MICRON<br>TECHNOLOGY TEXAS, LLC,<br><br>Defendant. | Case No. 1:22-cv-00023-RP |

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT**

The Parties respectfully move the Court for entry of final judgment. Final judgment is warranted because all asserted claims are now invalid in view of 1) the Court's ruling in its claim construction order (Dkt. 67) finding indefinite claims 27 and 30 of U.S. Patent No patent 8,533,406 and claim 22 of U.S. Patent No 8,762,658 and 2) the Patent Trial and Appeal Board's (PTAB) findings that claims 1-5 and 8-12 of U.S. Patent No. 8,762,658, claims 15-21 and 26 of U.S. Patent No. 8,533,406 and claims 1-6 and 12-16 of U.S. Patent No. 9,632,727 are unpatentable (*see* Dkt. No. 135 and Exhibit 1 (Federal Circuit mandate affirming PTAB findings)).

The parties are filing herewith a proposed final judgment that dismisses with prejudice all of plaintiff's claims and dismisses without prejudice all of Micron's

declaratory judgment counterclaims. Each side to bear its own fees and costs. The parties agree the proposed final judgment resolves all outstanding claims and counterclaims in this case.

Dated: October 22, 2024

Respectfully submitted,

<div style="display: flex;">

*/s/ Edward R. Nelson III*
**Edward R. Nelson III**
State Bar No. 00797142
**NELSON BUMGARDNER CONROY PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111 (telephone)
ed@nelbum.com

**Jonathan H. Rastegar**
State Bar No. 24064043
**NELSON BUMGARDNER CONROY PC**
2727 N. Harwood Street, Suite 250
Dallas, Texas 75201
817.377.9111 (telephone)
jon@nelbum.com

**Timothy E. Grochocinski (*Pro Hac Vice*)**
Illinois State Bar No. 6295055
**NELSON BUMGARDNER CONROY PC**
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
708.675.1974 (telephone)
708.675.1786 (facsimile)
tim@nelbum.com

**COUNSEL FOR PLAINTIFF UNIFICATION TECHNOLOGIES LLC**

</div>

*/s/ Michael R. Rueckheim*
**Thomas M. Melsheimer**
TMelsheimer@winston.com
**Natalie L. Arbaugh**
NArbaugh@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

**Michael R. Rueckheim**
MRueckheim@winston.com
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559
**WINSTON & STRAWN LLP**

**COUNSEL FOR DEFENDANTS MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system which will send notification of such filing to all counsel of record, including counsel of record for Plaintiff Unification Technologies LLC.

                                        /s/ *Michael Rueckheim*
                                        Michael Rueckheim