**FILED**

October 23, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

BY: _____Julie Golden_____
DEPUTY

UNIFICATION TECHNOLOGIES LLC,

          Plaintiff,

          v.

MICRON TECHNOLOGY, INC.;
MICRON SEMICONDUCTOR
PRODUCTS, INC.; MICRON
TECHNOLOGY TEXAS, LLC,

          Defendants.

Case No. 1:22-cv-00023-RP

## FINAL JUDGMENT

**WHEREFORE:** 1) the Court's ruling in its claim construction order (Dkt. 67) found indefinite claims 27 and 30 of U.S. Patent No patent 8,533,406 and claim 22 of U.S. Patent No 8,762,658 and 2) the Patent Trial and Appeal Board found claims 1-5 and 8-12 of U.S. Patent No. 8,762,658, claims 15-21 and 26 of U.S. Patent No. 8,533,406 and claims 1-6 and 12-16 of U.S. Patent No. 9,632,727 unpatentable.

**WHEREFORE**: The parties jointly move for entry of final judgment in view of these findings.

**THEREFORE, IT IS ORDERED AND ADJUDGED:** plaintiff's claims against defendants are **DISMISSED** with prejudice; defendants' counterclaims against plaintiff are **DISMISSED** without prejudice; Final Judgement is **ENTERED** against

1

plaintiff; each side to bear its own fees and costs; and the case is **CLOSED** from the

docket of the Court.


SIGNED this __23rd___ day of _October, 2024_____.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2